# CRIMINAL CALENDAR

MAGISTRATE JUDGE _____Michael Orenstein_____
DATE_____August 12, 2005_____
USAO # ___1998R01953_____
UNITED STATES VS. ___Raul Cairo_____

MAGISTRATE NO. _____98-M-1445_____

( X )   CRIMINAL CAUSE FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE.

(   )   VACATE WARRANT

FOR THE GOVERNMENT: _____[signature]_____
                    BONNIE S. KLAPPER, AUSA    (NOT VALID WITHOUT SIGNATURE)


(  ) ONE PIERREPONT PLAZA    ( X ) 610 FEDERAL PLAZA, CENTRAL ISLIP

(  ) 195 MONTAGUE STREET


FOR THE DEFENDANT:   Erich J. Gleber
                     Ross & Hardies
                     65 East 55th Street
                     New York, New York 10022

DEFENDANT STATUS: (  ) INCARCERATED
                  ( X ) NOT INCARCERATED

8/16/05  Serve a copy of this order upon the attorney for the
defendant and pre-trial services.

SO ORDERED: _____
            UNITED STATES MAGISTRATE JUDGE
            EASTERN DISTRICT OF NEW YORK